

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00356-CV

In the Interest of L.H.H., a Child

From the 456th District Court, Guadalupe County, Texas
Trial Court No. 23-1292-CV-E
Honorable Thomas Nathaniel Stuckey, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED, and appointed counsel's motion to withdraw is DENIED. We ORDER that no costs be assessed against appellant in relation to this appeal because appellant is presumed indigent under Texas Family Code section 107.013(e).

SIGNED November 13, 2024.

_____
Rebeca C. Martinez, Chief Justice